# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 24, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  Wilma M. Pennington-Thurman
          v. AT&T Inc., et al.
          No. 13-7229
          (Your No. 13-1170)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*, Clerk

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**      Mr.  James G. Woodward

**FROM:**    Michael E. Gans, Clerk of Court

**DATE:**    March 28, 2014

**RE:**      13-1170  Wilma Pennington-Thurman v. AT & T, et al

         District Court/Agency Case Number(s):   4:13-cv-00008-FRB

_____

   Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying a petition for rehearing in the above case.


SRD